IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             **Plaintiff,**<br><br>   v.<br><br>**RAYMOND EDWARDS and**<br>**RENATA EDWARDS,**<br><br>             **Defendants.** | Case No.   20-CR-20078-DDC/TJJ |

## INDICTMENT

The Grand Jury charges:

Background

At all times material to this indictment:

*Defendants*

1. Defendant Raymond Edwards and his wife, Renata Edwards, owned and operated a computer battery and device accessory company based in Johnson County, Kansas.

2. Defendant Renata Edwards managed the company on a daily basis.

3. Through the entities described below, defendants Raymond and Renata Edwards employed multiple individuals, transacted business through online sites, and shipped products to customers via the United States Postal Service.

*Entities*

4. By January 2011, defendants Raymond and Renata Edwards established Quintic LLC in Overland Park, Kansas. By February 2011, defendants Raymond and Renata Edwards created a Quintic LLC account on Amazon to sell computer batteries and device accessories

under the name "Renata Edwards/TR Authorized Seller." By 2006, defendants Raymond and Renata Edwards created a Quintic business account with PayPal.

5.     By April 2011, defendants Raymond and Renata Edwards established Synaglobe, a Limited Liability Company in Overland Park, Kansas. Synaglobe did business as Genesis Batteries. By 2004, defendants Raymond and Renata Edwards created a Synaglobe business account with PayPal.

6.     Defendants Raymond and Renata Edwards sold computer batteries and device accessories from their home in Overland Park, Kansas, via the Internet through an account with Amazon using the name "N Edwards/Genesis Batteries" established in April 2011. In November 2011, Amazon prohibited Genesis Batteries from continuing its sales.

7.     By June 2011, defendants Raymond and Renata Edwards established a website at batteryfox.com for the sale of computer batteries and device accessories. This batteryfox.com website was associated with the Synaglobe PayPal account.

8.     By November 2011, defendants Raymond and Renata Edwards conducted business via the Internet through an account with eBay under the user identification "batteryfox7" selling computer batteries and device accessories. By December 2011, defendants Raymond and Renata Edwards created a Synaglobe PayPal account linked to eBay user identification batteryfox7.

9.     By November 2011, defendants Raymond and Renata Edwards created a Synaglobe storefront on Sears.com known as "Battery Fox" selling computer batteries and device accessories.

10.    By March 2012, defendants Raymond and Renata Edwards established a website at tech-rover.com for the sale of computer batteries and device accessories.

11. By April 2012, defendants Raymond and Renata Edwards conducted business through Tech Rover, selling computer batteries and device accessories via the Internet through an account with Amazon using the name "Tech Rover." In April 2014, Amazon prohibited Tech Rover from continuing its sales.

12. In April 2013, defendants Raymond and Renata Edwards established Casper Hills LLC at a warehouse business facility in Lenexa, Kansas. Casper Hills did business as Tech Rover, which was selling computer batteries and device accessories via the Internet through an account with Amazon.

13. By May 2013, defendants Raymond and Renata Edwards utilized a website at techrover.com for the sale of computer batteries and device accessories.

14. By September 2013, defendants Raymond and Renata Edwards established an account with Amazon using the name "Tech RoverCA/Tech Rover Canada" to sell computer batteries and device accessories. In April 2014, Amazon prohibited Tech Rover CA/Tech Rover Canada from continuing its sales.

*Financial Institutions*

15. PayPal was a worldwide online payments system that performed payment processing for online vendors, auction sites, and other commercial users. Defendants Raymond and Renata Edwards utilized PayPal for Synaglobe and batteryfox7 business transactions.

16. Wells Fargo was a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation.

    a. Defendants Raymond and Renata Edwards established a Synaglobe account at Wells Fargo by April 2011, ending in number 5700. That account contained proceeds from the sale of computer batteries and device accessories via Sears.com, from the Amazon merchant N Edwards/Genesis Batteries, and a Synaglobe PayPal account.

  b. Defendants Raymond and Renata Edwards established a Synaglobe account at Wells Fargo by April 2011, ending in number 5734. That account contained proceeds from the sale of computer batteries and device accessories via a Synaglobe PayPal account. Funds flowed between Wells Fargo accounts ending in numbers 5700 and 5734.

  c. Defendants Raymond and Renata Edwards established a Casper Hills LLC business checking account at Wells Fargo by March 2012, ending in number 0875. That account contained proceeds from the sale of computer batteries and device accessories from the Amazon merchant Tech Rover and the Amazon merchant TechRoverCA/Tech Rover Canada.

  d. Defendants Raymond and Renata Edwards established a checking account at Wells Fargo, ending in number 6084. That account contained proceeds from the sale of computer batteries and device accessories via transfer from a Commerce Bank account that originated from the E-Trade Financial account ending in number 6197.

17. Bank of America was a financial institution the deposits of where were insured by the Federal Deposit Insurance Corporation. Defendants Raymond and Renata Edwards established a checking account at Bank of America ending in number 7246. That account contained proceeds from the sale of computer batteries and device accessories via transfers from the Wells Fargo account ending in number 5700.

18. E-Trade Financial Corporation was a financial services company that offered online discount stock brokerage services for self-directed investors and banking services to retail investors, such as sweep deposits and savings products. Defendants Raymond and Renata Edwards established a Quintic checking account at E-Trade Financial in April 2012, ending in

number 6197. That account contained proceeds from the sale of computer batteries and device accessories from the Amazon merchant Renata Edwards/TR Authorized Seller.

*Trademark Holders*

19. Dell was a multinational computer technology company that developed, sold, repaired, and supported computers and related products and services. Dell had marks registered on the principal register in the United States Patent and Trademark Office that were in use on computer batteries.

20. Hewlett-Packard was a multinational information technology company that developed and provided a wide variety of hardware components as well as software and related services to consumers. Hewlett-Packard had marks registered on the principal register in the United States Patent and Trademark Office that were in use on computer batteries.

21. Sony Corporation was a multinational conglomerate corporation with diversified business including consumer and professional electronics. Sony had marks registered on the principal register in the United States Patent and Trademark Office that were in use on computer batteries.

22. Apple Inc. was a multinational technology company that designed, developed, and sold consumer electronics, computer software, and online services. Apple had marks registered on the principal register in the United States Patent and Trademark Office that were in use on computer batteries and device accessories.

23. Samsung was a multinational conglomerate company that includes Samsung Electronics involved in the design, development, manufacture, and sale of high-tech electronics and digital media. Samsung had marks registered on the principal register in the United States Patent and Trademark Office that were in use on computer batteries and device accessories.

24. Underwriters Laboratories (UL) was a global independent safety science company with expertise innovating safety solutions in electricity, sustainability, renewable energy, and nanotechnology. UL helps safeguard people, products, and places. UL had certification marks registered on the principal register in the United States Patent and Trademark Office that were in use on computer batteries and device accessories. The UL marks certified the safety standards of the computer batteries and device accessories and that authorized persons manufactured the products in accordance with UL's processes.

*United States Postal Service*

25. The United States Postal Service provided domestic mail services for various classes of mail based on size, weight, content, and service. The Postal Service authorized companies to be online vendors for the distribution of postage through commercial meters.

26. From 2012 through 2015, approximately 64,000 transactions were conducted on the postage meters assigned to Synaglobe, TechRover, Optima, Battery Fox, and Quintic. Each transaction through the postage meters identified the weight of the product shipped, which created the charge to Synaglobe, TechRover, Optima, Battery Fox, or Quintic.

27. To utilize the postage meters, customers such as Synaglobe and TechRover entered agreements with the Postal Service to use postage evidencing systems.

Scheme to Defraud

28. Beginning on or about May 3, 2011, and continuing through on or about July 8, 2015, the dates being approximate and inclusive, the defendants,

**RAYMOND EDWARDS**
**and**
**RENATA EDWARDS**,

created a scheme to defraud the United States Postal Service through postage meters and the amount of postage paid for the parcels and mail matter to be delivered by the Postal Service.

6

29. To execute this scheme to defraud, the defendants intentionally set the postage meters to underpay the amount of postage for the parcels' weight and classification. The scheme to defraud enabled the defendants on average to pay $1.00 of postage when they should have paid approximately $1.75, defrauding the Postal Service of approximately $400,000.

## COUNT 1
### (Conspiracy to Traffic in Counterfeit Goods and Labels)

30. Paragraphs one through twenty-nine are incorporated as though fully set out herein.

31. Beginning on or about February 2011, and continuing through on or about July 8, 2015, the dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

**RAYMOND EDWARDS**
**and**
**RENATA EDWARDS**,

knowingly conspired and agreed together, with each other, and with other persons both known and unknown to the grand jury, to commit the following offenses:

    a. intentionally trafficked in goods, such as these computer batteries and device accessories:

        i. Apple computer batteries

        ii. Dell computer batteries;

        iii. Hewlett-Packard computer batteries;

        iv. Samsung computer batteries;

        v. Sony computer batteries;

        vi. Other computer batteries associated with Underwriters Laboratories;

      vii.      Apple adapters;

      viii.      Dell adapters;

      ix.      Samsung adapters;

      x.      Samsung cellphone covers;

      xi.      Sony adapters; and

      xii.      Other adapters associated with Underwriters Laboratories; and

knowingly used these counterfeit marks on and in connection with such goods:

      i.      Apple;

      ii.      Dell;

      iii.      Hewlett-Packard;

      iv.      Samsung;

      v.      Sony; and

      vi.      Underwriters Laboratories,

which was in violation of Title 18, United States Code, Section 2320(a)(1); and

      b.      intentionally trafficked in labels and stickers, knowing that a counterfeit mark had been applied, the use of which was likely to cause confusion, to cause mistake, and to deceive, which was in violation of Title 18, United States Code, Section 2320(a)(2).

32.      This was all in violation of Title 18, United States Code, Section 2320(a).

## COUNTS 2-22

### (Trafficking in Counterfeit Goods)

33. Paragraphs one through thirty-two are incorporated as though fully set out herein.

34. On or about the dates below, in the District of Kansas, the defendants,

**RAYMOND EDWARDS**
**and**
**RENATA EDWARDS**,

intentionally trafficked and attempted to traffic in the goods listed below, knowingly using the specified counterfeit marks on and in connection with such goods.

| Count | Date | Counterfeit Good | Counterfeit Mark | Trademark Registration Number |
|---|---|---|---|---|
| 2 | August 13, 2013 | Computer battery | Hewlett-Packard mark consisting of the letters "H" and "P" in a circle | 4,272,548 |
| 3 | August 23, 2013 | Computer battery | Hewlett-Packard mark | 1,842,724 |
| 4 | September 3, 2013 | Power adapter | Underwriters Laboratories mark | 2,391,140 |
| 5 | March 19, 2014 | Computer battery | Hewlett-Packard mark consisting of the letters "H" and "P" in a circle | 4,272,548 |
| 6 | March 21, 2014 | Computer battery | Hewlett-Packard mark consisting of the letters "H" and "P" in a circle | 4,272,548 |
| 7 | March 22, 2014 | Computer battery | Hewlett-Packard mark consisting of the letters "H" and "P" in a circle | 4,272,548 |
| 8 | May 23, 2014 | Computer battery | Underwriters Laboratories mark | 1,123,070 |
| 9 | May 23, 2014 | Computer battery | "SAMSUNG" mark consisting of word "Samsung" translated from Korean into English as "Three Stars" | 2,882,774 |
| 10 | September 24, 2014 | Computer battery | Dell mark consisting of word "Dell" with a stylized "E" in a diamond shape that appears as a slanted "E" within the word | 3,215,023 |

9

| 11 | September 30, 2014 | Computer battery | Apple mark consisting of the design of an apple with an apparent bite removed | 3,679,056 |
|---|---|---|---|---|
| 12 | December 29, 2014 | Computer battery | Dell mark consisting of word "Dell" with a stylized "E" in a diamond shape that appears as a slanted "E" within the word | 3,215,023 |
| 13 | February 4, 2015 | Computer battery | Hewlett-Packard mark consisting of the letters "H" and "P" in a circle | 4,272,548 |
| 14 | July 8, 2015 | Computer battery | Sony mark consisting of word "SONY" | 1,622,127 |
| 15 | July 8, 2015 | Power adapter | Sony mark consisting of word "SONY" | 1,622,127 |
| 16 | July 8, 2015 | Power adapter | Underwriters Laboratories mark | 2,391,140 |
| 17 | July 8, 2015 | Computer battery | Underwriters Laboratories mark | 1,123,070 |
| 18 | July 8, 2015 | Computer battery | Dell mark consisting of word "Dell" with a stylized "E" in a diamond shape that appears as a slanted "E" within the word | 3,215,023 |
| 19 | July 8, 2015 | Power adapter | Dell mark consisting of word "Dell" with a stylized "E" in a diamond shape that appears as a slanted "E" within the word | 3,215,023 |
| 20 | July 8, 2015 | Computer battery | Apple mark of "Apple" consisting of standard characters without claim to any particular font, style, size, or color | 3,928,818 |
| 21 | July 8, 2015 | Power adapter | Apple mark consisting of the design of an apple with an apparent bite removed | 3,679,056 |
| 22 | July 8, 2015 | Power adapter | "SAMSUNG" mark consisting of word "Samsung" translated from Korean into English as "Three Stars" | 2,214,833 |

35. Each was in violation of Title 18, United States Code, Sections 2 and 2320(a)(1).

## COUNTS 23-27

### (Trafficking in Counterfeit Labels)

36. Paragraphs one through thirty-five are incorporated as though fully set out herein.

37. On or about July 8, 2015, in the District of Kansas, the defendants,

**RAYMOND EDWARDS**
**and**
**RENATA EDWARDS**,

intentionally trafficked and attempted to traffic in the labels and stickers listed below, knowing that a counterfeit mark had been applied thereto, the use of which was likely to cause confusion, to cause mistake, and to deceive.

| Count | Label | Counterfeit Mark | Registration Number |
|---|---|---|---|
| 23 | Dell | Dell mark consisting of word "Dell" with a stylized "E" in a diamond shape that appears as a slanted "E" within the word | 3,215,023 |
| 24 | Hewlett-Packard | Hewlett-Packard mark consisting of the letters "H" and "P" in a circle | 4,272,548 |
| 25 | Samsung | "SAMSUNG" mark consisting of word "Samsung" translated from Korean into English as "Three Stars" | 2,882,774 |
| 26 | Sony | Sony mark consisting of word "SONY" | 1,622,127 |
| 27 | Underwriters Laboratories | Underwriters Laboratories mark | 2,391,140 |

38. Each was in violation of Title 18, United States Code, Sections 2 and 2320(a)(2).

## COUNTS 28-42

### (Mail Fraud)

39.     Paragraphs one through thirty-eight are incorporated as though fully set out herein.

40.     Beginning on or about May 3, 2011, and continuing through on or about July 11, 2015, the dates being approximate and inclusive, in the District of Kansas, the defendants,

**RAYMOND EDWARDS**
**and**
**RENATA EDWARDS**,

with the intent to defraud, devised the scheme to defraud the United States Postal Service and to obtain money and property by materially false and fraudulent pretenses, representations, and promises.

41.     On or about the dates listed below, in the District of Kansas, for the purpose of executing the scheme to defraud, the defendants, knowingly placed in an authorized depository for mail, to be sent and delivered by the Postal Service, the following matter.

| Count | Date | United States Postal Service Tracking Number |
|---|---|---|
| 28 | April 26, 2014 | 42094520940011690107958580 0142 |
| 29 | May 5, 2014 | 42032792940011690107958586 5837 |
| 30 | May 24, 2014 | 42098034940011690107958586 1082 |
| 31 | June 3, 2014 | 42098272940011690107958588 9291 |
| 32 | June 4, 2014 | 42092807940011690107958588 9499 |
| 33 | June 5, 2014 | 42097504940011690107958588 4234 |
| 34 | June 6, 2014 | 42098023940011690107958588 4111 |
| 35 | July 31, 2014 | 42042104940011690107958584 9325 |
| 36 | August 1, 2014 | 42095404940011690107958584 9561 |
| 37 | May 8, 2015 | 42051534940011690107958552 0026 |
| 38 | May 18, 2015 | 42060659940011690107958552 3959 |
| 39 | May 30, 2015 | 42038632940011690107958559 7615 |
| 40 | June 2, 2015 | 42077070940011690107958559 0876 |
| 41 | June 4, 2015 | 42002134940011690107958559 6564 |
| 42 | June 10, 2015 | 42000911940011690107958550 5542 |

42.     Each was done in violation of Title 18, United States Code, Sections 2 and 1341.

## FORFEITURE ALLEGATION I

43. The allegations contained in Count 1-27 of the Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2323 and Title 28, United States Code, Section 2461(c).

44. Upon conviction of one or more offenses in Counts 1-27, the defendants,

**RAYMOND EDWARDS**
**and**
**RENATA EDWARDS**,

shall forfeit to the United States any and all property that 1) the making or trafficking of which is prohibited; 2) any property used, or intended to be used, in any manner or part to commit or facilitate the commission of the offense; and/or 3) any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the offense, including, but not limited to:

     a. A personal forfeiture money judgment in the amount of $1,000,000;

     b. $16,477.84 from Wells Fargo Account #XXX5700;

     c. $18,351.70 from Wells Fargo Account #XXX6084;

     d. $149,169.45 seized from Capitol Federal representing closing proceeds from a real property sale;

     e. $91,132.44 from E*TRADE Account #XXX6197;

     f. $44,650.60 from Bank of America Account #XXX7246;

     g. $5,282.64 from Paypal Account #XXX0976;

     h. $2,101.77 from Wells Fargo Account #XXX1808;

     i. $593.10 from Wells Fargo Account #XXX5734;

     j. $1,602.27 from Wells Fargo Account #XXX1337;

  k. $1,081.89 from Wells Fargo Account #XXX1048; and

  l. All computer batteries, adapters, power supplies, cables, covers, labels, and stickers seized and purchased by the Federal Bureau of Investigation or other agencies during the investigation.

45. This is all pursuant to Title 18, United States Code, Section 2323(b).

## FORFEITURE ALLEGATION II

46. The allegations contained in Count 28-42 of the Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

47. Upon conviction of one or more offenses in Counts 28-42, the defendants,

**RAYMOND EDWARDS**
**and**
**RENATA EDWARDS**,

shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, including but not limited to a personal forfeiture money judgment in the amount of $400,000.

48.     This is all pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

                A TRUE BILL.

Dated: November 18, 2020       s/Foreperson
                      FOREPERSON


/s/ D. Christopher Oakley, #19248, and Ryan J. Huschka, #23840, for
STEPHEN R. MCALLISTER
United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730
(913) 551-6541 (fax)
Stephen.McAllister@usdoj.gov
Ks. S. Ct. No. 15845

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

Ct. 1:  18 U.S.C. § 2320(a)
        Conspiracy to Traffic in Counterfeit Trademark Goods & Counterfeit Trademark Labels

- NMT 10 Years Imprisonment
- NMT $2,000,000 Fine
- NMT 3 Years Supervised Release
- $100 Special Assessment
- Forfeiture Allegation I

Cts. 2-22  18 U.S.C. § 2320(a)(1)
           Trafficking in Counterfeit Trademark Goods

- NMT 10 Years Imprisonment
- NMT $2,000,000 Fine
- NMT 3 Years Supervised Release
- $100 Special Assessment
- Forfeiture Allegation I

Cts. 23-27  18 U.S.C. § 2320(a)(2)
            Trafficking in Counterfeit Trademark Labels

- NMT 10 Years Imprisonment
- NMT $2,000,000 Fine
- NMT 3 Years Supervised Release
- $100 Special Assessment
- Forfeiture Allegation I

Cts. 28-42  18 U.S.C. §§ 2 and 1341
            Mail Fraud

- NMT 20 Years Imprisonment
- NMT $250,000 Fine
- NMT 3 Years Supervised Release
- $100 Special Assessment
- Forfeiture Allegation II